Michael A. DesJardins (SBN 145970)
Eric A. Panitz (SBN 243877)
DesJardins & Panitz LLP
18000 Studebaker Road, Suite 700
Cerritos, California 90703
T: (562) 924-7800
F: (562) 924-7801
md@djplawyers.com
ep@djplawyers.com

Attorneys for Plaintiff
WILLIAM I. HERREID

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM I. HERREID, an individual, | Case no.: **CV11-8198-DMG (JCx)** |
| Plaintiff, | **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [12]** |
| vs. | |
| WAL-MART STORES, INC., a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

1
2       Pursuant to the parties' stipulation, AND GOOD CAUSE HAVING BEEN
3  SHOWN, the entire action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(2)
4  as to Defendant WAL-MART STORES, INC.
5
6       IT IS SO ORDERED.
7
8
9  DATED:  December 8, 2011                    _____
10                                              DOLLY M. GEE
                                                United State District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28